**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**DREW ROBERT LARMAN,**
Plaintiff,

v. 2:26-cv-1450-KCD-NPM

**SHERIFF CARMINE MARCENO**, *et al.*,
Defendants.

---

# ORDER

In this civil rights action, plaintiff Drew Robert Larman is proceeding in forma pauperis and without counsel. By statute, we are required to effect service for him. *See* 28 U.S.C. § 1915(d). But to preserve the confidentiality of the residential addresses of the defendants, and to avoid burdening the United States Marshal with personally serving the defendants with process, we request that the defendants waive service of process pursuant to Civil Rule 4(d).

The United States Marshal is DIRECTED to mail the waiver-of-service documents[1] for each defendant and a copy of this order to: **Undersheriff John Holloway, Legal Services, 14750 Six Mile Cypress Pkwy, Fort Myers, FL 33913**.

A defendant who returns a waiver within 30 days of its mailing by the Marshal need not serve an answer to the complaint until 60 days after the waiver is mailed by the Marshal. *See* Fed. R. Civ. P. 4(d)(3).

---

[1] The notice of lawsuit (AO Form 398), two copies of the waiver (AO Form 399), the operative complaint (Doc. 8), and a postage-prepaid envelope addressed to the clerk of court.

But if a defendant does not timely return a waiver-of-service form to the court, we will direct the United States Marshal to effect personal service and require that defendant to pay the costs of service. And to facilitate service, we may issue a subpoena to the Lee County Sheriff requiring the production of all known contact information for each defendant.

**ORDERED** on August 28, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge